

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ANNETTE BURRUS, | § | No. 08-13-00333-CV |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| TORNILLO DTP VI, L.L.C., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2012-DCV04391) |
| | § | |

## **J U D G M E N T**

The judgment issued November 13, 2015 is withdrawn and the following is the judgment of the Court.

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs in this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF DECEMBER, 2015.


STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.